## No. 6265.

### JOSEPH HOLZ VS. LOUISIANA LEVEE CO.

A contract for building a levee having been made, and the builder having procured funds from another to enable him to carry out his contract, which fact was known to the company for which the levee was built, and the right to a part of the sum due having been transferred to the party supplying the money; *held*, that the company could not thereafter pay such sum to its contractor, and if it did pay to him, must pay also to the transferree of his claim.

APPEAL from the Superior District Court of New Orleans. HAWKINS, J.

*Hornor & Benedict* and *Baker* for Plaintiff Appellant. *Gilmore & Sons* for Defendant.

DE BLANC, J., delivered the opinion reversing the judgment.